UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RENEE M. SOUILLIARD,** : | |
|      Plaintiff, : | |
| : | |
| v. : | No. 25-cv-1110 |
| : | |
| **DISTRICT JUSTICE ROBERT** : | |
| **HAWKEE,**[1] : | |
|      Defendant. : | |

# O R D E R

**AND NOW**, this 15th day of April, 2025, upon consideration of Plaintiff Renee M. Souilliard's *pro se* Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 1) and Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* (ECF No. 1) is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. Souilliard's Complaint (ECF No. 2) is **DISMISSED WITH PREJUDICE** for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for the reasons stated in the Court's accompanying Memorandum.

4. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
**JOSEPH F. LEESON, JR.**
**United States District Judge**

---

[1] Plaintiff spells defendant's last name incorrectly. The correct spelling is Hawke.